**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 09-7832

───────────

JAMES G. BLAKELY, a/k/a Jimmy G. Blakely,

     Plaintiff - Appellant,

   v.

DAVID M. TATARSKY, Intrimal General Counsel; MS. SIMON,
Mailroom Supervisor for Lee Correctional; A PADULA, Warden;
JON OZMINT, Director of the South Carolina Department of
Corrections,

     Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Margaret B. Seymour, District
Judge.  (4:08-cv-03609-MBS)

───────────

Submitted:  June 24, 2010    Decided:  June 29, 2010

───────────

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James G. Blakely, Appellant Pro Se.  Steven Barry Johnson, LEE
ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James G. Blakely appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blakely v. Tatarsky, No. 4:08-cv-03609-MBS (D.S.C. filed Sept. 1, 2009 & entered Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2